UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 16765
  N JANE MARTIN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-7975
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/18/06 and confirmed on 04/23/07.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $  2204.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 834.08 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 100.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6091.13 | .00 | .00 |
| CHASE BANK | UNSECURED | 3496.67 | .00 | .00 |
| CHASE BANK | UNSECURED | 3459.40 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CORWIN MEDICAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5640.87 | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | 4420.98 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1092.89 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 15578.69 | .00 | .00 |
| WILL COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 834.08 | .00 | 39780.63 | .00 | 40614.71 |
| PRINCIPAL PAID | 100.00 | .00 | .00 | .00 | 100.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 100.00 | .00 | .00 | .00 | 100.00 |

The Debtor's attorney, GREENBERG & ASSOC          , was allowed $  3000.00
and was paid $   136.00  direct and $   2044.16  through the plan.

The Trustee received $     59.84 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE